**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-CR-074 (JMC)** |
| **v.** | |
| **TANWEER AHMED MOHAMED** | |
| **HUSSAIN PARKAR,** | |
| **KRISHNA VERICHARLA, and** | |
| **VASUDHA PHARMA CHEM LIMITED,** | |
| **Defendants.** | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Melanie Alsworth, Trial Attorney of the Narcotic and Dangerous Drug Section, can be terminated as counsel of record for the Government in the instant matter.

Respectfully Submitted,

NHAN NGUYEN, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:    /s/ Jayce Born
Jayce Born
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Tel.:   (202) 616-2656
Email: Jayce.Born@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 7th day of October 2025.

*/s/ Jayce Born*
Jayce Born
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice